```
FINDLEY BAXTER MATTOCKS
KATELYN LAWHEAD MATTOCKS
100 BEECHWOOD DR
HATTIESBURG, MS 39402

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
PO BOX 8801
WILMINGTON, DE 19899

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130


HATTIESBURG CLINIC
415 SOUTH 28TH AVE
HATTIESBURG, MS 39401


LOANCARE LLC
ATTN: BANKRUTPTCY
P.O.BOX 8068
VIRGINIA BEACH, VA 23450

OAK GROVE FAMILY DENTI
6657 US HWY 98
HATTIESBURG, MS 39401


WILLIAMSON COUNTY HOSP
4321 CAROTHERS PARKWAY
FRANKLIN, TN 37067
```